**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7188**

_____

JOSEPH H. GRAVES,

Petitioner - Appellant,

versus

J.E. GUNJA, Warden,

Respondent - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-01-472-JFM)

_____

Submitted:  January 11, 2002          Decided:  January 24, 2002

_____

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph H. Graves, Appellant Pro Se.  Stephen Matthew Schenning, United States Attorney, Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph H. Graves appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Graves v. Gunja, No. CA-01-472-JFM (D. Md. July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED